IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

TA'RICK L.,[1]

Plaintiff,

v. Civil Action No. 4:25-cv-80

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

Having reviewed the Report and Recommendation of the Magistrate Judge, the administrative record, the parties' briefing, relevant legal authority, and as set forth in the Court's Memorandum Opinion, the Court hereby: **OVERRULES** Plaintiff's Objection (ECF No. 15); **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court (ECF No. 14); **DENIES** Plaintiff's Motion in Support of Remand (ECF No. 12); **GRANTS** Defendant's Motion in Support of Denying Benefits (ECF No. 13); and **AFFIRMS** the final decision of the Commissioner. Judgment is hereby entered in favor of the Commissioner. This case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk to close the case and send a copy of this order to all counsel of record.

It is so **ORDERED**.

/s/
Elizabeth W. Hanes
United States District Judge

Newport News, Virginia
Date: September 22, 2026

1 The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.